| | |
|---|---|
| **KAZEROUNI LAW GROUP, APC** | **CARDOZA LAW CORPORATION** |
| Abbas Kazerounian, Esq. (249203) | Michael F. Cardoza, Esq. (194065) |
| ak@kazlg.com | mike.cardoza@cardozalawcorp.com |
| Matthew M. Loker, Esq. (279939) | 548 Market Street, #80594 |
| ml@kazlg.com | San Francisco, CA 94104 |
| 245 Fischer Avenue, Unit D1 | Telephone: (415) 488-8041 |
| Costa Mesa, CA 92626 | Facsimile: (415) 651-9700 |
| Telephone: (800) 400-6808 | |
| Facsimile: (800) 520-5523 | |

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Ste. 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff*,
Rickey Hodges, Jr.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY HODGES, JR., | Case No.: CV16-9163 FMO (AFMx) |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | **HON. FERNANDO M. OLGUIN** |
| ENTERPRISE HOLDINGS, INC., | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff RICKEY HODGES, JR. ("Plaintiff") and Defendant ENTERPRISE HOLDINGS, INC. ("Defendant") has been resolved in its entirety.  The Parties anticipate filing a Joint Motion for Dismissal of the Action with Prejudice within 60 days.  Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after October 16, 2017 for filing a Joint Dismissal.

Date: August 16, 2017                                                         **KAZEROUNI LAW GROUP, APC**

                                            By:   /s Matthew M. Loker
                                                      MATTHEW M. LOKER, ESQ.
                                                        ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement* has been filed this 16th day of August 2017, through the Court's electronic filing system.  All parties may access the foregoing via the Court's electronic filing system.

                                                               ___/s/ Matthew M. Loker___
                                                                   Matthew M. Loker

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626